**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2179**

In re: AARON A. EDISON,

Petitioner.

On Petition for Writ of Mandamus.    (2:18-cv-00411)

Submitted: February 18, 2020                    Decided: February 20, 2020

Before MOTZ, HARRIS, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Aaron Anthony Edison, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aaron A. Edison filed a petition for writ of mandamus seeking an order compelling the district court to act on his "Petition to Appeal" filed in the district court and his motion for appointment of counsel. Our review of the district court's docket reveals that the district court has denied Edison's motion for appointment of counsel and his Petition to Appeal. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*